■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMOSTHENES URGELLES, Appellant. [665 NYS2d 919] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Robinson, J.), rendered August 19, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Thompson, Sullivan and McGinity, JJ., concur.